Courtney L. Baird (SBN 234410)
clbaird@duanemorris.com
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA  92101-4681
Telephone: +1 619 744 2200
Fax: +1 619 744 2201

Michelle N. Khoury (SBN 307229)
mkhoury@duanemorris.com
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001

Attorneys for Defendant
THE TOPPS COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUSTIN MARQUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TOPPS COMPANY, INC.,<br><br>Defendant. | Case No.: 5:26-cv-01063-SVK<br><br>**JOINT STIPULATION TO EXTEND TIME FOR THE TOPPS COMPANY, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: February 3, 2026<br>Trial Date:    None |

Case No. 5:26-cv-01063-SVK

JOINT STIPULATION TO EXTEND TIME FOR THE TOPPS COMPANY, INC.
TO RESPOND TO PLAINTIFF'S COMPLAINT

1    Defendant THE TOPPS COMPANY, INC. ("Defendant") and Plaintiff JUSTIN MARQUEZ

2    ("Plaintiff"), through their respective counsel of record, submit the following Joint Stipulation,

3    pursuant to Civil Local Rule 6-1(a), stating as follows:

4        WHEREAS on February 3, 2026, Plaintiff filed the Complaint. (Dkt. 1).

5        WHEREAS on February 5, 2026, Plaintiff served the complaint on Defendant.

6        WHEREAS Defendant's response to the Complaint is currently due February 26, 2026.

7        WHEREAS, Plaintiff has agreed to extend the time for Defendant to respond to the

8    Complaint, up to and including March 27, 2026. This stipulation is made in good faith and will not

9    alter or otherwise affect the date of any event or deadline already fixed by the Court.

10                          **STIPULATION**

11       Pursuant to the forgoing recitals, which are incorporated herein by reference, it is hereby

12   stipulated by and between Plaintiff and Defendant that the deadline for Defendant to respond to the

13   Complaint by answer, motion, or otherwise shall be extended to and including March 27, 2026.

14

15   Dated: February 19, 2026              **DUANE MORRIS LLP**

16
                                           By:*/s/ Michelle N. Khoury*
17                                            Courtney L. Baird
                                              Michelle N. Khoury
18
                                            Attorneys for Defendant
19                                          THE TOPPS COMPANY, INC.

20

21   Dated: February 19, 2026              **FARUQI & FARUQI, LLP**

22
                                           By:*/s/ Lisa T. Omoto*
23                                            Lisa T. Omoto

24                                          Attorneys for Plaintiff
                                            JUSTIN MARQUEZ
25

26

27

28
                                    1                  Case No. 5:26-cv-01063-SVK
JOINT STIPULATION TO EXTEND TIME FOR THE TOPPS COMPANY, INC.
TO RESPOND TO PLAINTIFF'S COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing

of this document from the signatories indicated by the conformed signature (/s/).


*/s/ Michelle N. Khoury*
Michelle N. Khoury

JOINT STIPULATION TO EXTEND TIME FOR THE TOPPS COMPANY, INC.
TO RESPOND TO PLAINTIFF'S COMPLAINT